# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RHONDA TARZINA NODD, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 12-0546-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 10-0188-WS |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 6, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of December, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**