IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RHONDA TARZINA NODD, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 12-0546-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 10-0188-WS |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Rhonda Tarzina Nodd's motion to vacate (Doc. 386) be dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1). Petitioner is not entitled to a certificate of appealability and, therefore, she is not entitled to appeal *in forma pauperis*.

**DONE** this 5th day of December, 2012.

> **s/WILLIAM H. STEELE**
> **CHIEF UNITED STATES DISTRICT JUDGE**